IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                       CAUSE NO. 26-CR-00971 KG

JESUS SALAS GUTIERREZ,

     Defendant.

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL AND RESET CASE DEADLINES

This matter is before the Court on Defendant's Unopposed Motion to Continue. Doc. 24. There being good cause shown by the Defendant and there being no objection by the government, the Court finds the motion is well-taken and should be granted.

IT IS HEREBY ORDERED that the jury trial in this matter currently scheduled for May 4, 2026, is continued and will be rescheduled at a later date.

Additionally, the Court finds that a continuance is necessary to continue plea negotiations with the government. If a resolution is not reached, then additional time will be necessary to prepare pretrial motions, motions in limine and prepare for trial.

The Court finds that the ends of justice will be served by granting this extension of time in which to file motions and a continuance of the trial. *See United States v. Hernandez-Mejia*, 406 Fed. App'x. 330, 338 (10th Cir. 2011) ("The Speedy Trial Act was intended not only to protect the interests of defendants, but was also 'designed with the public interest firmly in mind.'") (quoting *United States v. Toombs*, 574 F.3d 1262, 1273 (10th Cir. 2009)). Additional time will allow the Defendant to further conduct an investigation into the charges in this case, to

1

prepare and file pretrial motions, and to adequately prepare for trial. Additionally, a continuance will provide the parties time to discuss a possible negotiated resolution of this matter. Such a negotiated resolution would conserve judicial and prosecutorial resources and could also materially benefit the Defendant by providing him access to a more favorable resolution of this matter.  Furthermore, a continuance will permit the Defendant to complete investigation of his case, file motions, and prepare for trial.  This motion is not predicated upon the congestion of the Court's docket. *See United States v. Hernandez-Mejia*, 406 Fed. App'x. 330, 338 (10th Cir. 2011) ("The Speedy Trial Act was intended not only to protect the interests of defendants, but was also 'designed with the public interest in mind.'") (quoting *United States v. Toombs*, 574 F.3d 1262, 1273 (10th Cir. 2009)).

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

Submitted by:

/s/ Santiago David Hernandez
Santiago David Hernandez
*Attorney for Defendant Jesus Salas Gutierrez*

Approved by:

Via e-mail on
Chris Shultz
*Attorney for the United States*

2